UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

| | |
|---|---|
| UNITED STATES OF AMERICA, | DOCKET NO. 3:02CR041 (AWT) |
| Plaintiff, | 2005 JAN 31 A 11: 32 |
| vs. | U.S. DISTRICT COURT |
| | HARTFORD, CT. |
| WILLIAM H. WIELAND, II | |
| Defendant. | January 28, 2005 |

### MOTION FOR RETURN OF PASSPORT

NOW comes the defendant, WILLIAM H. WIELAND, II, by and through his attorney, David J. Wenc, and hereby moves this Honorable Court for the return of his property, namely Mr. Wieland's passport, which is currently in the possession of the Clerk of the United States District Court for the District of Connecticut at Hartford, for the following reason(s):

1. The above-captioned case has been disposed of in this Court.

WHEREFORE, the defendant prays that this motion be granted.

Respectfully Submitted,
DEFENDANT, WILLIAM H. WIELAND, II,

By: _____
David J. Wenc, His Attorney
WENC LAW OFFICES
44 Main Street
Windsor Locks, CT 06096
860-623-1195
FED BAR # CT00089